# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>D'HAITI, et al,<br><br>    Defendants. | Criminal Action No. PX-21-0284 |

## AMENDED PRETRIAL SCHEDULING ORDER

For the reasons stated during the recorded call held on January 10, 2023, and with agreement of the parties, the Court issues the following pretrial deadlines:

**As to defendants, Philip James Dupree and Mark Ross Johnson, Jr.:**

| | |
|---|---|
| January 23, 2023 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| January 30, 2023, at 12:00 p.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| February 6, 2023 | Trial begins. Expected length: 1 week (Monday – Friday) |

**As to defendants, Conrad D'Haiti, Michael Anthony Owen, Jr, Davion Enrico Percy and Jaron Earl Taylor:**

| | |
|---|---|
| March 20, 2023 | Motions *in Limine* due |
| April 3, 2023 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed |

|  |  |
|---|---|
|  | electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov |
|  | (Government responsible for filing; Defendants to indicate proposed changes in redline format.) |
|  | Government to provide Jencks and Giglio to Defendant |
| April 17, 2023, at 1:00 p.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| May 8, 2023 | Trial begins. Expected length: 1 week (Monday – Friday) |

Dated: January 18, 2023

                                                                           /S/              
Paula Xinis
United States District Judge